# EXHIBIT 5

**U.S. PATENT NO. 8,219,129**

**INFRINGEMENT CLAIM CHART**

**DYNAMIC REAL-TIME TIERED CLIENT ACCESS (OFDMA)**

**INFRINGEMENT BY CISCO'S ACCUSED PRODUCTS**

**Accused Products:** Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products").

| Claim Language | Cisco's Infringement |
|---|---|
| **Claim 1** | |
| 1. A method of facilitating data exchange, comprising: | Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products"), employ a method of facilitating data exchange by virtue of Orthogonal Frequency Division Multiple Access (OFDMA), a mandatory feature of the Wi-Fi 6 (IEEE 802.11ax) standard implemented by each of Cisco's Accused Products. |
| | See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "OFDMA Support for 11ax Access Points" ("The 802.11ax APs support transmission or reception to more than one client simultaneously using Orthogonal Frequency Division Multiplexing (OFDMA)."), https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/16-12/config-guide/b_wl_16_12_cg/ofdma.html ; Cisco Catalyst 9100 and Wi-Fi 6/6E (802.11ax) FAQ, https://www.cisco.com/c/en/us/products/collateral/wireless/catalyst-9100ax-access-points/nb-06-802-11ax-faq-cte-en.html . |
| assigning a first specific time slot for a first client device to wirelessly communicate with a fixed proximity-based reader device, the first specific time slot set according to a first class; and | Cisco's Accused Products assign a first specific time slot for a first client device to wirelessly communicate with a fixed proximity-based reader device — i.e., a Cisco Wi-Fi 6/6E/7 access point (e.g., a Catalyst 9100-Series, Cisco Wireless 9170-Series, or Meraki CW-Series access point), operating alone or under the control of a Cisco Catalyst 9800 Series Wireless Controller — by way of OFDMA, which divides the available band into sub-carriers (Resource Units) and divides the transmission window into timeslots. |

1

| Claim Language | Cisco's Infringement |
|---|---|
| | See https://www.hitchhikersguidetolearning.com/2023/03/30/resource-units-in-802-11ax/ (citing Wi-Fi 6 for Dummies).<br><br>Wi-Fi 6 (and later) compliant client devices that associate with a Cisco Accused Product wirelessly broadcast their data to the fixed proximity-based reader device — i.e., the Cisco access point — during one of a plurality of timeslots and using one of a plurality of different sub-carriers.<br><br>Cisco describes that its Accused Products implement OFDMA to divide the radio channel into smaller frequency allocations called Resource Units (RUs) so that smaller data packets can be transmitted to multiple users simultaneously, increasing throughput and reducing latency in dense environments; Wi-Fi 7 builds on this foundation with Multiple RU (MRU) supported in the EHT PHY.<br><br>See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "OFDMA Support for 11ax Access Points," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/16-12/config-guide/b_wl_16_12_cg/ofdma.html ; Cisco Catalyst 9100 and Wi-Fi 6/6E (802.11ax) FAQ, https://www.cisco.com/c/en/us/products/collateral/wireless/catalyst-9100ax-access-points/nb-06-802-11ax-faq-cte-en.html .<br><br> See https://cradtech.com/2018/10/25/802-11ax-ofdma-overview/.<br><br>As shown, the access point (i.e., the Cisco Accused Product acting as the fixed proximity-based reader device) first sends out a Buffer Status Report Poll (BSRP) to all client devices requesting that they report back, among other things, the Quality of Service (QoS) category — i.e., a first class — of the data they need to send. This is |

2

| Claim Language | Cisco's Infringement |
|---|---|
| | provided in each device's Buffer Status Report (BSR). Based on the BSR, client devices are assigned a sub-carrier on which they will transmit data, and the Cisco access point communicates this assignment using Trigger Frame #3. Thus, the first time slot of the OFDMA uplink transmission of a client device is set according to a first class of QoS. |
| | See Wi-Fi Alliance, Wi-Fi 6 Deployment Guidelines (https://wballiance.com/wp-content/uploads/2019/07/Wi-Fi-6-Deployment-Guidelines-and-Scenarios-V1.0.pdf ); IEEE Std 802.11ax™-2021. |
| assigning a second specific time slot for a second client device to wirelessly communicate with the fixed proximity-based reader device, the second specific time slot set according to a second class, | Likewise, a second Wi-Fi 6 (and later) compliant client device that associates with a Cisco Accused Product is assigned a second time slot of the OFDMA uplink transmission to wirelessly communicate with the fixed proximity-based reader device (i.e., the Cisco access point), according to a second class of QoS. |
| wherein the first and second specific time slots are determined based on synchronization information wirelessly received by the first and second client devices and priority level data associated wherein the first and second specific time slots are determined based on synchronization information wirelessly received | As noted above, each of the first and second client devices receives a Buffer Status Report Poll (BSRP) wirelessly from the fixed proximity-based reader device (i.e., the Cisco access point) and reports back the priority-level data associated with priority levels known as QoS classes with respect to the data the devices have to send to the access point. Based on this information, the Cisco access point assigns sub-carriers within the upcoming time slots to be used by the client devices. The sub-carrier assignment in the upcoming timeslots is reported back to the client devices using Trigger Frame #3, which contains a bit mask to be applied to a bit field of the individual client devices. |
| | A bit field is a structure that allows the allocation of a specific number of adjacent bits for a specific purpose. Each station (client device) in a Wi-Fi 6 network is assigned a unique Association Identifier (AID) by the access point, which is used to address information to that station. The AID is represented by a 12-bit field. Accordingly, the AID is a 12-bit field of each individual client device. |
| | A bit mask is a binary pattern used to perform bit-level operations on data, such as XOR (exclusive or) and AND. A Wi-Fi 6 Trigger Frame contains bit patterns ranging from 16 bits (2 octets) to 64 or more bits. |

3

| Claim Language | Cisco's Infringement |
|---|---|
|  | <br><br>Figure 9-64a—Trigger frame<br><br>Within the Trigger Frame is a User Info field, a bit pattern of 40 or more bits (5 or more octets), which comprises bit patterns ranging from 1 to 12 bits.<br><br>Figure 9-64d—User Info field format<br><br>IEEE Std 802.11ax™-2021 (Amendment to IEEE Std 802.11-2020).<br><br>As the standard indicates, if the AID12 field equals the AID of a particular station, then the User Info subfield is addressed to that station and indicates the station is to receive or transmit data during the next upcoming time slot.<br><br>The most common way to determine if two values are equal is to perform the XOR bit operation, which results in a value of zero if two values are the same. |

Table 9-29h—AID12 subfield encoding

| AID12 subfield | Description |
|---|---|
| 0 | User Info field allocates one or more contiguous RA-RUs for associated STAs |
| 1–2007 | User Info field is addressed to an associated STA whose AID is equal to the value in the AID12 subfield |
| 2008–2044 | Reserved |
| 2045 | User Info field allocates one or more contiguous RA-RUs for unassociated STAs |
| 2046 | Unallocated RU |
| 2047–4094 | Reserved |
| 4095 | Start of Padding field |

| Claim Language | Cisco's Infringement |
|---|---|
| | FIGURE 18 Figure 18 of the '129 Patent shows bitwise operations applied against the bit fields of a client device. "As shown above, a portion of the superframe count is exclusive-ORed with a portion of the unique service provider PDK ID." U.S. Patent No. 8,219,129, 19:16-18. "An active timeslot occurs when the unmasked bits in the 3 most significant positions of the timeslot count equal the unmasked bits in the unique service provider PDK ID's 3 least significant bits." '129 Patent, 19:26-29. This is the same operation that occurs when a station determines whether the AID12 bitmask of the Trigger Frame's User Info field equals the AID value stored by the station in its AID bit field. Accordingly, the AID12 field of the User Info field of the Trigger Frame #3 sent by the fixed proximity-based reader device (i.e., the Cisco access point) is synchronization information that contains an individual bit mask to be applied to the AID bit field of each individual client device to determine whether the value of the bit mask equals the value of the client device's stored AID. |
| wherein the first class is associated with one or more of the first client device and a user of the first client device, and the second class is associated with one or more of the second client device and a user of the second client device. | The class of QoS data a client device needs to send is associated with both the device and the user. Data to be sent from a device is associated with the device in that it originates from the device — specifically, the applications the device is running. The data is also associated with the user in that the user is interacting with the application to create the data that needs to be sent. The same is true of the second class and the second client device and its user. |

**Claim 16**

5

| Claim Language | Cisco's Infringement |
|---|---|
| 16. A method of facilitating data exchange, comprising: | Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products"), employ a method of facilitating data exchange by virtue of OFDMA. |
| wirelessly broadcasting synchronization information to a portable client device, the synchronization information comprising information assigning a time slot during which the client device can receive data, the time slot being determined according to priority level data associated with a class, the class associated with one or more of the portable client device and the user of the portable client device; and | Cisco's Accused Products, when configured as an access point (which is their principal operating mode), are capable of wirelessly broadcasting synchronization information to a portable client device. Specifically, OFDMA divides the available band into sub-carriers and the transmission window into timeslots.<br><br>See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "OFDMA Support for 11ax Access Points," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/16-12/config-guide/b_wl_16_12_cg/ofdma.html .<br><br>Wi-Fi 6 (and later) compliant client devices associated with a Cisco access point receive data from the access point during one of a plurality of timeslots and using one of a plurality of different sub-carriers. Determining when each device receives data and on which sub-carrier is determined by the Cisco access point. The Multi-User Request-to-Send (MU-RTS) frame informs the devices of which sub-carrier and at what timeslot they will receive data. The time slot is determined by the QoS category of the data, such that the highest-priority data is delivered first.<br><br>The class of QoS data a device needs to receive is associated with both the device and the user, as explained above. The sub-carrier assignment in the upcoming timeslots is reported back to the client devices using the MU-RTS Trigger Frame (Trigger #2), which contains a bit mask to be applied to a bit field of the individual client devices (the AID12 / User Info analysis set forth for Claim 1 applies equally here).<br><br>IEEE Std 802.11ax™-2021 (Amendment to IEEE Std 802.11-2020). |
| wirelessly broadcasting data for reception by the client device during the time slot. | As shown in the OFDMA downlink procedure, after the Cisco access point has received Clear-to-Send (CTS) responses for each device, it broadcasts the data to the client devices during the assigned time slots. |

| Claim Language | Cisco's Infringement |
|---|---|
| |  |

7