# EXHIBIT 6

**U.S. PATENT NO. 8,457,672**

**INFRINGEMENT CLAIM CHART**

**DYNAMIC REAL-TIME TIERED CLIENT ACCESS (OFDMA)**

**INFRINGEMENT BY CISCO'S ACCUSED PRODUCTS**

**Accused Products:** Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products").

| Claim Language | Cisco's Infringement |
|---|---|
| **Claim 1** | |
| 1. A method of facilitating data exchange, comprising: | Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products"), which are included in and deployed as Wi-Fi 6 access points, gateways, and wireless infrastructure, employ a method of facilitating data exchange by virtue of Orthogonal Frequency Division Multiple Access (OFDMA). |
| | See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "OFDMA Support for 11ax Access Points," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/16-12/config-guide/b_wl_16_12_cg/ofdma.html ; Cisco Catalyst 9100 and Wi-Fi 6/6E (802.11ax) FAQ, https://www.cisco.com/c/en/us/products/collateral/wireless/catalyst-9100ax-access-points/nb-06-802-11ax-faq-cte-en.html . |
| determining a first specified time slot based on synchronization information wirelessly received by the first client device and priority level data associated with a first class; | Cisco's Accused Products determine a first specific time slot for a client device by way of OFDMA, which divides the available band into sub-carriers and the transmission window into timeslots.<br><br>See, e.g., Cisco, OFDMA Support for 11ax Access Points (explaining that 802.11ax APs support simultaneous transmission/reception to multiple clients using OFDMA). |

1

| Claim Language | Cisco's Infringement |
|---|---|
| | See https://www.hitchhikersguidetolearning.com/2023/03/30/resource-units-in-802-11ax/ (citing Wi-Fi 6 for Dummies). As shown, the access point (i.e., a Cisco Accused Product acting in access-point mode) first sends out a Buffer Status Report Poll (BSRP) to all client devices requesting that they report, among other things, the QoS category — i.e., a first class — of the data they need to send. This is provided in each device's Buffer Status Report (BSR). Based on the BSR, client devices are assigned a sub-carrier on which to transmit data, and the Cisco access point communicates this assignment using a Trigger Frame. Thus, the first time slot of the OFDMA uplink transmission of a client device is set according to synchronization information wirelessly received by the client device and priority-level data associated with a first class of QoS. See Wi-Fi Alliance, Wi-Fi 6 Deployment Guidelines (https://wballiance.com/wp-content/uploads/2019/07/Wi-Fi-6-Deployment-Guidelines-and-Scenarios-V1.0.pdf ); IEEE Std 802.11ax™-2021. In OFDMA, the class of QoS data a device must send is associated with both the device and the user: the data originates from applications running on the device, and the user interacts with the application to generate the data that is transmitted. |
| assigning the first specific time slot for a first client device to wirelessly communicate with a fixed proximity-based reader device; | The first timeslot of the transmission window for communication with a Wi-Fi 6 access point (i.e., a Cisco Accused Product acting in access-point mode, or under the control of a Catalyst 9800 Wireless Controller) is assigned to a first client device. |
| reassigning the first specific time slot for a second client device to wirelessly communicate with the fixed proximity-based reader device, the first specific time slot reset based on synchronization information wirelessly received by | Prior to each transmission of data, the OFDMA scheduling procedure is repeated. During each repetition, the Cisco access point first sends out a Buffer Status Report Poll (BSRP) to all client devices requesting that they report, among other things, the QoS category of the data they need to send, which is provided in each device's Buffer Status Report (BSR). After receiving the BSRs, the Cisco access point determines when and on which sub-carrier each |

| Claim Language | Cisco's Infringement |
|---|---|
| the second client device and priority level data associated with a second class, | device should transmit its data and communicates this assignment using a Trigger Frame. Thus, the first time slot of the OFDMA uplink transmission is reassigned during each repetition according to the QoS data indicated in the BSR of the second client device.<br><br><br><br>See https://cradtech.com/2018/10/25/802-11ax-ofdma-overview/ . |
| wherein the first class is associated with one or more of the first client device and a user of the first client device, and the second class is associated with one or more of the second client device and a user of the second client device. | In OFDMA, the class of QoS data a device must send is associated with both the device and the user. Data to be transmitted from a device is associated with the device in that it originates from applications running on the device; the data is also associated with the user in that the user interacts with the application to generate the data that is transmitted. The same is true of the second class and the second client device and its user. |

3