# EXHIBIT 7

**U.S. PATENT NO. 9,265,043**

**INFRINGEMENT CLAIM CHART**

**DYNAMIC REAL-TIME TIERED CLIENT ACCESS (OFDMA)**

**INFRINGEMENT BY CISCO'S ACCUSED PRODUCTS**

**Accused Products:** Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products").

| Claim Language | Cisco's Infringement |
|---|---|
| **Claim 1** | |
| 1. A method of facilitating wireless data exchange between a first portable client device and a fixed location proximity reader, comprising | Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products"), employ a method of facilitating wireless data exchange between a first portable client device and a fixed-location proximity reader by virtue of Orthogonal Frequency Division Multiple Access (OFDMA). <br><br> See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "OFDMA Support for 11ax Access Points," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/16-12/config-guide/b_wl_16_12_cg/ofdma.html ; Cisco Catalyst 9100 and Wi-Fi 6/6E (802.11ax) FAQ, https://www.cisco.com/c/en/us/products/collateral/wireless/catalyst-9100ax-access-points/nb-06-802-11ax-faq-cte-en.html . |
| determining a first specified time slot based on synchronization information wirelessly received by the first portable client device and priority level data associated with a first class, wherein the first class is associated with one or more of the first portable client device and a user of the first portable client device; | Cisco's Accused Products determine a first specific time slot for a client device by way of OFDMA, which divides the available band into sub-carriers and the transmission window into timeslots. <br><br> |

1

| Claim Language | Cisco's Infringement |
|---|---|
| | See https://www.hitchhikersguidetolearning.com/2023/03/30/resource-units-in-802-11ax/  (citing Wi-Fi 6 for Dummies).<br><br>Wi-Fi 6 (and later) compliant client devices associated with a Cisco access point wirelessly broadcast their data to a fixed proximity reader device — i.e., a Cisco Wi-Fi 6/6E/7 access point — during multiple timeslots and using different sub-carriers.<br><br>Cisco documents that its Accused Products implement OFDMA to divide the radio channel into Resource Units so that smaller data packets can be transmitted to multiple users simultaneously, increasing throughput and reducing latency in dense environments; Wi-Fi 7 builds on this with Multiple RU (MRU) supported in the EHT PHY.<br><br>See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "OFDMA Support for 11ax Access Points," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/16-12/config-guide/b_wl_16_12_cg/ofdma.html .<br><br><br><br>See https://cradtech.com/2018/10/25/802-11ax-ofdma-overview/ .<br><br>As shown, the access point (i.e., a Cisco Accused Product acting in access-point mode, or under the control of a Catalyst 9800 Wireless Controller) first sends out a Buffer Status Report Poll (BSRP) to all client devices requesting that they report back, among other things, the QoS category — i.e., a first class — of the data they need to send. This is provided in each device's Buffer Status Report (BSR). Based on the BSR, client devices are assigned a sub-carrier on which they will transmit data, and the access point communicates this assignment using a Trigger Frame. Thus, the first time slot of the OFDMA uplink transmission of a client device is set according to synchronization information wirelessly received by the client device and priority-level data associated with a first class of QoS.<br><br>In OFDMA, the class of QoS data a device must send is associated with both the device and the user — the data originates from applications running on the device, and the user interacts with the application to create the data that needs to be sent.<br><br>See Wi-Fi Alliance, Wi-Fi 6 Deployment Guidelines; IEEE Std 802.11ax™-2021. |

| Claim Language | Cisco's Infringement |
|---|---|
| assigning the first specific time slot for the first portable client device to wirelessly communicate with a fixed location proximity-based reader device; | The first timeslot of the transmission window for communication with a Wi-Fi 6 access point (i.e., a Cisco Accused Product acting in access-point mode, or under the control of a Catalyst 9800 Wireless Controller) is assigned to a first client device. |
| determining a change in network traffic; | Prior to each transmission of data, the OFDMA scheduling procedure is repeated. During each repetition, the Cisco access point first sends out a Buffer Status Report Poll (BSRP) to all client devices requesting that they report, among other things, the QoS category of the data they need to send, which is provided in each device's Buffer Status Report (BSR). After receiving the BSRs, the Cisco access point determines when and on which sub-carrier each device should transmit its data and communicates this assignment using a Trigger Frame. Thus, changes in network traffic are determined during each repetition, and the first time slot of the OFDMA uplink transmission is reassigned during each repetition according to the QoS data indicated in the BSR.<br><br> |
| unassigning, responsive to the change in the network traffic, the first specific time slot to which the first portable client device is assigned to wirelessly communicate with a fixed location proximity reader based on the priority level data associated with the first class associated with one or more of the first portable client device and the user of the first portable client device. | When the QoS level of the first device falls below that of other connected devices, the other devices are assigned a higher priority by the Cisco access point and thus receive the first time slot — i.e., the first specific time slot to which the first portable client device was assigned is unassigned responsive to the change in network traffic, based on the priority-level data associated with the first class. |

3