# EXHIBIT 8

**U.S. PATENT NO. 8,036,152**

**INFRINGEMENT CLAIM CHART**

**TARGET WAKE TIME (TWT)**

**INFRINGEMENT BY CISCO'S ACCUSED PRODUCTS**

**Accused Products:** Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products").

| Claim Language | Cisco's Infringement |
|---|---|
| **Claim 1** | |
| 1. ... a wireless transceiver having an active mode in which power is consumed, and a sleep mode in which power is conserved; | Cisco's Wi-Fi 6, 6E, and 7 access points and wireless controllers — including without limitation the Cisco Catalyst 9100 Series access points (e.g., the Catalyst 9105, 9115, 9120, 9124, 9130, 9136, 9162, 9163E, 9164, and 9166), the Cisco Wireless 9172, 9176, and 9178 Series Wi-Fi 7 access points, the Cisco Meraki cloud-managed access points (e.g., the MR-Series and the CW9162, CW9164, CW9166, CW9172, CW9176, and CW9178), and the Cisco Catalyst 9800 Series Wireless Controllers that configure and manage them (collectively, "Cisco's Accused Products"), include, by virtue of their compliance with Wi-Fi 6 and/or 6E (and above), Target Wake Time (TWT) — a mechanism that schedules specific times for individual stations (STAs) to wake in order to exchange frames. Cisco expressly documents TWT support in its Catalyst 9800 Series Wireless Controllers and Catalyst 9100 access points. |
| | See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "Target Wake Time," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/17-10/config-guide/b_wl_17_10_cg/m_twt_support_axel.html ; Cisco Catalyst 9100 and Wi-Fi 6/6E (802.11ax) FAQ (TWT reduces client power consumption by approximately 30%), https://www.cisco.com/c/en/us/products/collateral/wireless/catalyst-9100ax-access-points/nb-06-802-11ax-faq-cte-en.html . |
| | Accordingly, a station — including a Cisco Accused Product operating as a TWT-scheduled station, or a client device (e.g., a laptop, smartphone, or IoT device) served by a Cisco access point implementing TWT — has a transceiver that cycles between an awake, active mode in which power is used to exchange information and a sleep mode in which power is conserved. |

1

| Claim Language | Cisco's Infringement |
|---|---|
| a timer operatively coupled to the wireless transceiver used to indicate when to switch from sleep mode to active mode based on time slot assignment information received by the wireless transceiver; and | <br><br>As shown, an access point (i.e., a Cisco Accused Product operating as an access point) sends Target Wake Time (TWT) setup information to the station (STA) transceiver. This information indicates to the device when to switch from a sleep mode to an active mode and is used to set a timer within the device.<br><br>See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "Target Wake Time," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/17-10/config-guide/b_wl_17_10_cg/m_twt_support_axel.html . |
| processing circuitry operatively coupled to the wireless transceiver and the timer, the processing circuitry arranged to switch the wireless transceiver from the sleep mode to the active mode in response to input from the timer, | When the timer expires — at the beginning of each TWT Session Period / Service Period (TWT SP) — the STA (which includes a Cisco Accused Product, or a device served by one) wakes up so that it can transmit or receive data. The device's processing circuitry switches the transceiver from sleep mode to active mode in response to input from the timer. |
| the processing circuitry also arranged to monitor a first channel for a beacon during the active mode and, if no beacon is detected, increasing a channel number to a second channel and resetting the timer. | Devices implementing the Wi-Fi 6 standard are active during a beacon period. If no beacon is detected, the Wi-Fi 6 access point may have switched the network's channel. To facilitate reconnecting devices that were asleep during a channel switch, Wi-Fi 6 provides future-channel guidance so that a STA can efficiently move its activity when the absence of an expected beacon is noticed. When a STA connects to a network, it receives a future-channel guidance element informing it about the likely future channel if the access point changes its channel of operation. When the transceiver wakes up, it monitors the first channel for a beacon; if no beacon is detected, it uses the future-channel guidance to increase the channel number to the second, likely channel, resets its timer, and waits for the next expected transmission from the access point. |

| Claim Language | Cisco's Infringement |
|---|---|
| | |

| Claim 7 | |
|---|---|
| 7. A method of facilitating data exchange, comprising: | Cisco's Accused Products, by virtue of their compliance with Wi-Fi 6 and/or 6E (and above), implement Target Wake Time (TWT), a method of facilitating data exchange. |
| wirelessly receiving information assigning a time slot for a portable client device to wirelessly communicate data; | Cisco's Accused Products include, by virtue of their compliance with Wi-Fi 6 and/or 6E (and above), Target Wake Time (TWT), which schedules specific times for individual stations (STAs) to wake in order to exchange frames. Accordingly, a station (e.g., a laptop, smartphone, or IoT device served by a Cisco access point, or a Cisco Accused Product operating as a TWT-scheduled station) includes a transceiver that cycles between an awake, active mode in which power is used to exchange information and a sleep mode in which power is conserved. As shown, an access point (i.e., a Cisco Accused Product acting as an access point) sends TWT setup information to the STA transceiver, assigning a time slot for the device to switch from sleep mode to active mode in order to wirelessly communicate data. See Cisco Catalyst 9800 Series Wireless Controller Software Configuration Guide, "Target Wake Time," https://www.cisco.com/c/en/us/td/docs/wireless/controller/9800/17-10/config-guide/b_wl_17_10_cg/m_twt_support_axel.html . |

3

| Claim Language | Cisco's Infringement |
|---|---|
| placing the wireless transceiver in a sleep mode for a predetermined amount of time; setting a timer to indicate when to switch from sleep mode to an active mode based on the time slot assignment information; and | Based on the TWT setup information received, the transceiver of the device enters a sleep mode for a predetermined amount of time. The predetermined amount of time is used to set a timer. |
| activating the wireless transceiver from the sleep mode at a beginning of the time slot in response to input from the timer; | When the timer expires — at the beginning of each TWT Session Period / Service Period (TWT SP) — the STA is expected to wake up so that it can transmit or receive data. |
| monitoring a first channel for a beacon; | The transceiver of the device is also active during a beacon period; as such, the transceiver is active to monitor a first channel for a beacon. |
| if no beacon is detected, increasing a channel number to a second channel; and resetting the timer. | If no beacon is detected, the Cisco Wi-Fi 6 access point may have switched the network's channel. To facilitate reconnecting devices that were asleep during a channel switch, Wi-Fi 6 provides future-channel guidance so that a STA can efficiently move its activity when the absence of an expected beacon is noticed. When the STA connects to a network, it receives a future-channel guidance element informing it about the likely future channel if the access point changes its channel of operation. When the transceiver wakes up, it monitors the first channel for a beacon; if no beacon is detected, it uses the future-channel guidance to increase the channel number to the second, likely channel, and then resets its timer and waits for the next expected transmission from the access point. |